# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FREDRICK PITMAN,<br>*Plaintiff*<br>v.<br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br>*Defendant* | )<br>)<br>) Civil Action No. 2:14-cv-00246-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's claim for monetary damages against the Washington Department of Corrections shall be DISMISSED with prejudice. Plaintiff's claim for injunctive relief against Defendant Washington Department of Corrections shall be DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: November 20, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia